


IN THE DISTRICT COURT OF
TULSA COUNTY, STATE OF OKLAHOMA

DISTRICT COURT
F I L E D
SEP 1 2 2023
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

JANE DOE, Individually, and as Mother )
and Next Friend of J.D. and A.D., Minors, )
and on behalf of all others similarly )
situated, )
                                          ) Case No.: CJ-23-3255
    Plaintiff )
                                          )
v. )
                                          )
HERO SERVICES, LLC d/b/a KIDS )
DENTAL VISION CARE and HERO )
PRACTICE SERVICES, )
    Defendant. )

## PLAINTIFF'S MOTION FOR PERMISSION TO PROCEED UNDER A PSEUDONYM

1. This case arises from the non-consensual intrusion and disclosure into Plaintiff's personal and private matters – namely her and her children's protected health information.

2. Plaintiff requests permission to proceed under pseudonyms to protect her identity and her and her children's medical information from further public disclosure.

3. Plaintiff also moves the court to order Defendant to maintain the confidentiality of her identity by using only pseudonyms in all of their filings, including all exhibits in which her or her children's name appears.

4. Plaintiff Jane Doe is an adult female citizen of Oklahoma.

5. The Petition was filed on September 12, 2023.

6. Plaintiff will disclose her identity to the Court and Defendant at the direction of the Court.

**EXHIBIT 5**

7. Due to the nature of the claims of this case and the damages alleged, this case necessarily involves examination and consideration of Plaintiff's health status and – importantly – her efforts to seek treatments through Defendant's electronic systems for her children.

8. Plaintiff used pseudonyms to protect her identity from being released due to the highly personal and potentially stigmatizing medical information at issue, and the desire to prevent her private personal medical information from being spread further.

9. There are several factors which weigh in favor of allowing Plaintiff to proceed pseudonymously and entering an order that all parties use Plaintiff's pseudonyms in all documents.

10. The first is the potential for embarrassment and social stigmatization given the nature of the Petition regarding the physical health, treatment, diagnoses, and care sought by Plaintiff.

11. Moreover, Plaintiff's claims sound in intrusion upon seclusion into Plaintiff's private and personal affairs. By allowing Plaintiff to proceed pseudonymously, Plaintiff seeks to limit her damages further, by limiting, to the extent possible, the necessity of her name on public dockets and filings with her and her children's medical records.

12. Additionally, there is a lack of any prejudice to Defendant, actual or otherwise. Courts routinely enter stipulated orders protecting the personal medical information of parties which include forbidding the disclosure of identifiable personal information or personal identifiable information.

13. Plaintiff does not seek to seal the case, nor does she desire the facts to be shielded from the public eye — Plaintiff merely seeks to prevent the disclosure of her actual name as part of a public record.

14. There is no public interest in the disclosure of Plaintiff's identity.

**EXHIBIT 5**

15. For the reasons stated above, Plaintiff seeks an order requesting permission to proceed under pseudonyms to protect her identity from public disclosure. As stated, Plaintiff will disclose her identity to the Court and the Defendant.

16. Plaintiff also moves the court to order Defendant to maintain the confidentiality of her identity by using only pseudonyms in all of their filings, including all exhibits in which her or children's name appears.

                                         Respectfully submitted,

                                         */s/ Matt Alison*
                                         Matthew D. Alison
                                         Jason B. Aamodt, OBA # 16974
                                         Matthew D. Alison, OBA # 32723
                                         INDIAN &ENVIRONMENTAL LAW GROUP, PLLC
                                         406 South Boulder Ave., Suite 830
                                         Tulsa, Oklahoma 74103
                                         (918) 347-6169
                                         (918) 948-6190 (facsimile)
                                         jason@iaelaw.com
                                         matthew@iaelaw.com

                                         Lynn A. Toops (No. 26386-49)
                                         Mary Kate Dugan (No. 37623-49)
                                         COHEN & MALAD, LLP
                                         One Indiana Square, Suite 1400
                                         Indianapolis, Indiana 46204
                                         (317) 636-6481
                                         ltoops@cohenandmalad.com
                                         mdugan@cohenandmalad.com

                                         J. Gerard Stranch, IV (Pro Hac Vice forthcoming)
                                         Andrew E. Mize (Pro Hac Vice forthcoming)
                                         STRANCH, JENNINGS & GARVEY, PLLC
                                         223 Rosa L. Parks Avenue, Suite 200
                                         Nashville, Tennessee 37203
                                         (615) 254-8801

**EXHIBIT 5**

(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss (Pro Hac Vice forthcoming)
Raina Borelli (Pro Hac Vice forthcoming)
TURKE & STRAUSS, LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703
(608) 237-1775
sam@turkestrauss.com
raina@turkestrauss.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2023, a true and correct copy of the foregoing instrument was deposited in the United States mail, to the following persons, postage prepaid, first class:

Hero DVO, LLC
c/o Lynn Robbins
2221 E Bijou Street, Suite 100
Colorado Springs, CO 80909

*/s/ Matthew Alison*
Matthew Alison

**EXHIBIT 5**